LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
LYNN M. KESLAR, Bar No. 191521
1212 Broadway, Tenth Floor
Oakland, CA 94612
(510) 451-4600 Tel.
(510) 451-3002 Fax

Attorneys for Defendant
VERONICA RIVERA

**FILED**

AUG 4 - 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>VERONICA RIVERA,<br><br>   Defendant. | No.  CR ~~4-05-70428~~ CR-05-0454-CW<br><br>STIPULATION AND ~~[PROPOSED]~~<br>ORDER RE: PRE-TRIAL<br>SUPERVISION<br><br>~~(UNDER SEAL)~~ |

  The defendant Veronica Rivera and the United States, through counsel, hereby agree and stipulate that effective with the signing of this Stipulation by the parties and the Court, the terms of Veronica Rivera's pre-trial release shall be modified as follows: she shall 1) be removed from electronic monitoring; 2) comply with an automated 10:30 p.m. to 7 a.m. curfew; 3) report to Pre-Trial Services as directed; 4) be permitted to travel in the Northern District of California, and, with prior authorization of Pre-Trial Services, the Eastern District of

//

//

1  California; 5) continue to comply with the remaining (unmodified)
2  conditions of her release.
3  SO STIPULATED.

4
5  Dated: 8/2/05                    _____
6                                   Law Offices of Paul Delano Wolf
                                    Lynn M. Keslar
7                                   Attorneys for Veronica Rivera
8
9
10 Dated: 8/2/05                    _____
11                                  Assistant United States Attorney
                                    Douglas Sprague
12                                  Attorney for the United States

13 SO ORDERED.
14
15 Dated: 8/4/05                    _____
16                                  Magistrate Judge Wayne D. Brazil
17
18
19
20
21
22
23
24
25
26
27
28