1  LAW OFFICES OF PAUL DELANO WOLF
   PAUL DELANO WOLF, Bar No. 78624
2  LYNN M. KESLAR, Bar No. 191521
   1212 Broadway, Tenth Floor
3  Oakland, CA 94612-3423
   (510) 451-4600
4
   Attorneys for the Defendant
5  VERONICA RIVERA

6
                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,     ) No. CR-05-00454 CW
10                               )
                                 )
11         Plaintiff,            ) **STIPULATION AND**
                                 ) **ORDER RE: TRAVEL**
12  v.                           )
                                 )
13  VERONICA RIVERA              )
                                 )
14  _____Defendant.    )

15      IT IS HEREBY STIPULATED between the parties by and through

16  counsel, with the concurrence of Pretrial Services, that the

17  conditions of defendant VERONICA RIVERA's pretrial release may be

18  modified so that she may travel to Las Vegas, Nevada for business

19  from September 16, 2005 through September 19, 2005.  Ms. Rivera

20  shall provide her itinerary and contact information to Pre Trial

21  Services and the United States Attorney, and shall make telephone

22  contact with the Pre Trial Services office on or before

23  //

24  //

25  //

26  //

27  //

28  //

   UNITED STATES V. VERONICA RIVERA
   STIPULATED TRAVEL ORDER

4:00 p.m. on Monday, September 19, 2005, to confirm that she has returned home and to this District.

SO STIPULATED.

_____/S/_____
Date                                    DOUGLAS SPRAGUE
                                        Assistant United States Attorney



_____           _____/S/_____
Date                            LYNN M. KESLAR
                                Attorney for Defendant
                                VERONICA RIVERA


IT IS SO ORDERED.


September 14, 2005     _____
Date                   HONORABLE WAYNE D. BRAZIL
                       United States Magistrate Judge


I, Lynn Keslar, attest that I have on file all holographic signatures for any signatures indicated here as conformed by a signature /s/ within this document.