LAW OFFICES OF PAUL DELANO WOLF LLP
PAUL DELANO WOLF, Bar No. 78624
LYNN M. KESLAR, Bar No. 191521
1212 Broadway, Tenth Floor
Oakland, CA 94612-3423
(510) 451-4600

Attorneys for the Defendant
VERONICA RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-05-00454 CW |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) RE: TRAVEL |
| VERONICA RIVERA | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED between the parties, with the concurrence of Pretrial Services, that the conditions of defendant VERONICA RIVERA'S pretrial release may be modified so that she may travel to and from The Philippines in order to attend a memorial service for her late father, and visit her family, from October 12, 2005 through October 22, 2005 all as approved by Pretrial Services in advance.  Ms. Rivera will provide her itinerary and contact information as directed by Pretrial Services. She shall report by telephone to Pretrial Services no later than noon on October 23, 2005.

   It is furthermore agreed that the United States District Court Clerk's office, or whichever agency has her passport, shall return Ms. Rivera's passport to her upon presentation of this Order.

STIPULATION AND
ORDER RE: TRAVEL

1  Upon her return to the United States, Ms. Rivera shall return her
2  passport by no later than 4:00 p.m. on October 23, 2005, to the
3  United States District Court Clerk's office in Oakland, California.
4
5  SO STIPULATED.
6
7  _____          _____/s/_____
   Date                         DOUGLAS SPRAGUE
8                               Assistant United States Attorney
9
10
11 _____          _____/s/_____
   Date                         LYNN M. KESLAR
12                              Attorney for Defendant
                                VERONICA RIVERA
13
14
15 SO ORDERED.
16
    October 5, 2005            _____
17 Date                         HONORABLE WAYNE D. BRAZIL
                                United States Magistrate Judge
18
19
20
21 I, Lynn Keslar, attest that I have on file all holographic
   signatures for any signatures indicated here as conformed by a
22 signature /s/ within this document.
23
24
25
26
27
28

STIPULATION AND
ORDER RE: TRAVEL                                        Page 2 of 2