1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  W. DOUGLAS SPRAGUE (CASBN 202121)
   Assistant United States Attorney

5

6     450 Golden Gate Avenue
      San Francisco, California 94102
      Telephone: (415) 436-7183

7     Fax:       (415) 436-7234

8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12 UNITED STATES OF AMERICA,  )   No. CR 05-00454 CW
                               )
13    Plaintiff,                )
                               )
14    v.                        )   ORDER GRANTING APPLICATION
                               )   SEALING PLEA AGREEMENT
15 VERONICA RIVERA,             )
      (aka Veronica Antonio),   )
16                              )   Honorable Claudia Wilken
      Defendant.                )
17                              )
                               )
18 _____)

19      The United States hereby applies for an order sealing (1) the Plea Agreement entered into

20 by defendant Veronica Rivera and the government on September 26, 2005, and (2) the

21 Declaration of W. Douglas Sprague in Support of Application to Seal Plea Agreement

22 ("Declaration"). The United States requests that these documents be sealed for the reasons set

23 forth in the Declaration, which is being filed separately and under seal.

24 DATED: October 12, 2005             Respectfully submitted,

25                                       KEVIN V. RYAN
                                         United States Attorney

26

27                                       _____/s/_____
                                         W. DOUGLAS SPRAGUE
                                         Assistant United States Attorney

28

ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED THAT defendant Veronica Rivera's Plea Agreement and the Declaration of W. Douglas Sprague in Support of Application to Seal Plea Agreement are to be filed and maintained under seal until further order of the Court. The government shall provide copies to defendant and to the U.S. Probation Officer.

IT IS SO ORDERED.

DATED:       October 13, 2005



_____
HON. CLAUDIA WILKEN
United States District Court Judge

APP. & [PROP.] SEALING ORDER [Rivera]
CR 05-00454 CW                              2