```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, Bar No. 78624
 2  LYNN M. KESLAR, Bar No. 191521
    1212 Broadway, Tenth Floor
 3  Oakland, CA 94612-3423
    (510) 451-4600
 4
    Attorneys for the Defendant
 5  VERONICA RIVERA

 6
                  IN THE UNITED STATES DISTRICT COURT
 7
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
 8

 9
    UNITED STATES OF AMERICA,     ) No. CR-05-00454 CW
10                                )
             Plaintiff,           ) STIPULATION AND [PROPOSED]
11                                ) ORDER RE: PRE-TRIAL SUPERVISION
                                  )
12  v.                            )
                                  )
13  VERONICA RIVERA               )
                                  )
14           Defendant.           )

15           The defendant Veronica Rivera, the United States, through

16  counsel, and the United States Probation Office hereby agree and

17  stipulate that effective with the signing of this Stipulation by

18  the parties and the Court, the terms of Veronica Rivera's pre-

19  trial release shall be modified as follows:   she shall 1) be

20  removed from automated curfew;   2) be allowed to travel within

21  the Northern, Eastern, and Central Districts of California

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///
```

STIPULATION AND PROPOSED
ORDER RE: PRE-TRIAL SUPERVISION

1  without restrictions; and 3) continue to comply with the
2  remaining (unmodified) conditions of her release.
3
4  SO STIPULATED.
5
6  DATED: 11/08/05                _____/s/_____
                                  Law Offices of Paul Delano Wolf
                                  By: Lynn M. Keslar
7                                 Attorneys for Veronica Rivera
8
9
10 DATED: 11/21/05                _____/s/_____
                                  Assistant United States Attorney
                                  Douglas Sprague
11                                Attorneys for the United States
12
13 DATED: 11/16/05                _____/s/_____
                                  U.S. Pretrial Services Officer
14                                Timothy Elder
15
16
17 SO ORDERED.
18
19  November 22, 2005             _____
   Date                           Magistrate Judge Wayne D. Brazil
20
21
22
23
24
25
26
27
28
   STIPULATION AND PROPOSED
   ORDER RE: PRE-TRIAL SUPERVISION                      Page 2 of 2