```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, Bar No. 78624
 2  LYNN M. KESLAR, Bar No. 191521
    1212 Broadway, Tenth Floor
 3  Oakland, CA 94612-3423
    (510) 451-4600
 4
    Attorneys for the Defendant
 5  VERONICA RIVERA

 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
 8

 9
    UNITED STATES OF AMERICA,     ) No. CR-05-00454 CW
10                                )
             Plaintiff,           ) ORDER DENYING STIPULATION
11                                ) RE: CONTINUING SENTENCING
                                  ) DATE
12  v.                            )
                                  )
13  VERONICA RIVERA               )
                                  )
14           Defendant.           )

15           The parties, by and through their respective counsel,

16  hereby stipulate that the sentencing hearing in the above

17  referenced matter be continued from February 6, 2006 at 2:00 p.m.

18  to March 27, 2006 at 2:00 p.m.  Defendant's Probation Officer has

19  been contacted and agrees to the continuance.

20           SO STIPULATED.

21
    DATED: 1/3/06                   _____/s/_____
22                                  PAUL DELANO WOLF
                                    Attorney for Veronica Rivera
23

24  DATED: 1/3/06                   _____/s/_____
                                    DOUGLAS SPRAGUE
25                                  Assistant United States Attorney

26

27

28
```

1
2    **DENIED WITHOUT PREJUDICE to request with further support or**
3    **for a shorter period.**
4
5    1/5/06
6    _____           _____
     Date                             HONORABLE CLAUDIA WILKEN
7                                     United States District Judge
8    I