1  LAW OFFICES OF PAUL DELANO WOLF
   PAUL DELANO WOLF, Bar No. 78624
2  LYNN M. KESLAR, Bar No. 191521
   1212 Broadway, Tenth Floor
3  Oakland, CA 94612-3423
   (510) 451-4600
4
   Attorneys for the Defendant
5  VERONICA RIVERA

6
                    IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,      ) No. CR-05-00454 CW
10                                 )
            Plaintiff,             ) ORDER GRANTING STIPULATION
11                                 ) RE: CONTINUING SENTENCING
                                   ) DATE
12 v.                              )
                                   )
13 VERONICA RIVERA                 )
                                   )
14          Defendant.             )

15         The parties, by and through their respective counsel,

16 hereby stipulate and agree that the sentencing hearing in the above

17 referenced matter be continued from February 6, 2006 at **2:30 p.m.**

18 to March 27, 2006 at **2:30 p.m.** Defendant's Probation Officer has

19 been contacted and agrees to the continuance. A continuance is

20 necessary so that the Probation Office may complete its

21 investigation, and because counsel for the government will be in

22 trial beginning February 6, 2006.

23         SO STIPULATED.

24
   DATED: 1/10/06                  _____/s/_____
25                                 PAUL DELANO WOLF
                                   Attorney for Veronica Rivera
26

27 DATED: 1/10/06                  _____/s/_____
                                   DOUGLAS SPRAGUE
28                                 Assistant United States Attorney

1       SO ORDERED.

3  1/12/06

    *Claudia Wilken*

4  ————————————————    ————————————————————————
   Date                           HONORABLE CLAUDIA WILKEN
5                                   United States District Judge

7       I, Paul Wolf, hereby attest that Assistant United States Attorney Douglas Sprague agreed to this stipulation by telephone. Original signatures are on file at our respective offices.