1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  DOUGLAS SPRAGUE (CSBN 202121)
   Assistant United States Attorney
5
       450 Golden Gate Avenue; Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7183
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 05-00454 CW
14                                  )
          Plaintiff,                )   STIPULATION AND ORDER
15                                  )   CONTINUING SENTENCING HEARING
       v.                           )
16                                  )
   VERONICA RIVERA,                 )   OAKLAND VENUE
17                                  )
          Defendant.                )
18 ─────────────────────────────    )

19

20

21     The parties, by and through their respective counsel, hereby stipulate and agree that the

22 sentencing hearing currently scheduled for March 27, 2006 at 2:30 a.m. shall be continued to

23 April 17, 2006 at 2:30 p.m.  This date is agreeable to the United States Probation Officer

24 assigned to this matter.

25     A continue is necessary as government's counsel is currently in trial in the matter of *U.S.*

26 *////*

27 *////*

28 *////*

   STIP. AND PROP. CONTINUING SENTENCING HEARING
   CR 05-00454 CW

1 | *v. Gerard Hood, CR 05-00011 MJJ.*

2 | **IT IS SO STIPULATED**.

3 | DATED: March 24, 2006                                      Respectfully submitted,

4 |                                                                                          KEVIN V. RYAN
                                                                                              United States Attorney

6 |                                                                                          By _____/s/_____
                                                                                              W. DOUGLAS SPRAGUE
7 |                                                                                          Assistant U.S. Attorney

9 | DATED: March 24, 2006                                      _____/s/_____
                                                                                              LYNN KESLAR
10 |                                                                                         Attorney for Defendant Veronica Rivera

12 | **IT IS SO ORDERED.**

13 | DATED: March 27, 2005                                     _____
                                                                                              CLAUDIA WILKEN
14 |                                                                                         United States District Court Judge

21 | I, Doug Sprague, hereby attest that V. LeRoy Lefcourt agreed to this stipulation by telephone.

STIP. AND PROP. CONTINUING SENTENCING HEARING
CR 05-00454 CW