```
PAUL DELANO WOLF, State Bar No. 78624
LYNN M. KESLAR, State Bar No. 191521
LAW OFFICES OF PAUL DELANO WOLF
1212 Broadway, 10th floor
Oakland, CA 94612
Tel: (510) 451-4600
Fax: (510) 451-3002

Attorneys for Defendant
VERONICA RIVERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>             Plaintiff,             )<br>                                    )<br> vs.                                )<br>                                    )<br> VERONICA RIVERA,                   )<br>                                    )<br>             Defendant.             )<br>_____) | No. CR 05-00454 CW<br><br>**RECOMMENDATION**<br>**RE: CORRECTIONAL FACILITY** |

The Court hereby recommends that Veronica Rivera serve her sentence at the correctional institution in Dublin, California.

5/24/06                              *(signature: Claudia Wilken)*

_____              _____
Date                              HONORABLE CLAUDIA WILKEN
                                  United States District Judge