```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, Bar No. 78624
 2  LYNN M. KESLAR, Bar No. 191521
    1212 Broadway, Tenth Floor
 3  Oakland, CA 94612
    (510) 451-4600 Tel.
 4  (510) 451-3002 Fax

 5  Attorneys for Defendant
    VERONICA RIVERA
 6
                 IN THE UNITED STATES DISTRICT COURT
 7
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
 8

 9  THE UNITED STATES OF AMERICA,     No.  CR-05-00454-CW

10           Plaintiff,              STIPULATION AND
         v.                          ORDER RE: RELEASE OF PROPERTY
11

12  VERONICA RIVERA,

13           Defendant.
    _____/
14

15       The United States and the defendant, through counsel,

16  hereby stipulate and agree that title to the 1998 BMW automobile

17  (California license plate 4BQV029, VIN # WBADD6325WBW47316) and

18  title to the 2000 Yamaha motorcycle (California license plate

19  15M4537), previously transferred to the Clerk of the United

20  States District Court for the Northern District of California to

21  secure Ms. Rivera's pre-trial release, shall be released and re-

22  conveyed to Ms. Rivera.

23  //

24  //

25  //

26  //

27  //

28  //
```

1  SO STIPULATED.
2
3  Dated: __6/5/06     Signed:              /S/
                                 Law Offices of Paul Delano Wolf
4                                By: Paul Delano Wolf
                                 Attorneys for Veronica Rivera
5
6
7  Dated: __6/9/06     Signed:              /S/
                                 Assistant United States Attorney
                                 Douglas Sprague
8                                Attorney for the United States
9  SO ORDERED.
10
11
12 Dated: June 13, 2006

                        *IT IS SO ORDERED*
                        /s/ Wayne D. Brazil
                        Judge Wayne D. Brazil
                        (United States District Court, Northern District of California seal)

16                               _____
                                 Magistrate Judge Wayne D. Brazil

STIPULATION AND [PROPOSED] ORDER RE: RELEASE OF PROPERTY    - 2 -

I, Lynn Keslar, hereby attest that I have on file all signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER RE: RELEASE OF PROPERTY      - 3 -