LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
LYNN M. KESLAR, SBN 191521
1212 Broadway, Tenth Floor
Oakland, CA 94612-3423
Telephone(510)451-4600
Facsimile(510)451-3002

Attorneys for Defendant
VERONICA RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00454 CW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | **EXONERATING BAIL** |
| v. ) | |
| ) | |
| VERONICA RIVERA, ) | |
| ) | |
| Defendant. ) | |

     Defendant VERONICA RIVERA posted the equity in real property belonging to herself to secure her release in the instant case. A copy of the Deed of Trust is attached hereto. Defendant Rivera has been sentenced on all charges filed against her in the above referenced case and the case having been formally resolved, THEREFORE GOOD CAUSE APPEARING,

     IT IS HEREBY ORDERED that the property bond posted on behalf of defendant VERONICA RIVERA is hereby exonerated. The Clerk of the Court shall execute all documents necessary to reconvey the interest in the property forthwith.

     SO ORDERED.

9/8/06                                    /s/ Claudia Wilken
_____        _____
Date                                      HONORABLE CLAUDIA WILKEN
                                          United States District Court Judge