```
1   LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, SBN 78624
2   LYNN M. KESLAR, SBN 191521
    1212 Broadway, Tenth Floor
3   Oakland, CA 94612-3423
    Telephone(510)451-4600
4   Facsimile(510)451-3002
5
6   Attorneys for Defendant
    VERONICA RIVERA
7
```

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. CR 05-00454 CW
                                 )
12          Plaintiff,           )**ORDER**
                                 )**EXONERATING BAIL**
13  v.                           )
                                 )
14  VERONICA RIVERA,             )
                                 )
15          Defendant.           )

16      MESSIAH LANA ANTONIO posted a 2001 Honda Prelude (VIN: JHMBB62431C000577) belonging to himself, and PETER PAUL ANTONIO posted a 1999 Audi Sedan (VIN: WAUCB28D2XA075052) belonging to himself, to secure defendant VERONICA RIVERA's release in the instant case. A copy of the Certificate of Title to the Honda Prelude and Registration Card for the Audi Sedan are attached hereto. Defendant Rivera has been sentenced on all charges filed against her in the above referenced case and the case having been formally resolved, THEREFORE GOOD CAUSE APPEARING,

//

//

//

1       IT IS HEREBY ORDERED that said vehicles posted on behalf
2 of defendant VERONICA RIVERA are hereby exonerated.  The Clerk of
3 the Court shall execute all documents necessary to reconvey the
4 interest in the property forthwith.

5       SO ORDERED.

9/8/06

6 _____    _____
Date                      HONORABLE CLAUDIA WILKEN
7                              United States District Court Judge

- 2 -