```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
LYNN M. KESLAR, Bar No. 191521
1212 Broadway, Tenth Floor
Oakland, CA 94612-3423
(510) 451-4600

Attorneys for the Defendant
VERONICA RIVERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-05-00454 CW |
| Plaintiff,  ) | **ORDER FOR RELEASE** |
| ) | **OF SOCIAL SECURITY CARD** |
| v.  ) | |
| VERONICA RIVERA  ) | |
| Defendant.  ) | |

TO THE FEDERAL BUREAU OF INVESTIGATIONS:

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that the social security card of VERONICA RIVERA, currently in the possession of the Federal Bureau of Investigations, be released to Peter Antonio (defendant's son), or a representative of The Law Offices of Paul Delano Wolf (defendant's counsel of record), forthwith.

SO ORDERED.

10/17/06

Date

*(signature: Claudia Wilken)*

HONORABLE CLAUDIA WILKEN
United States District Court Judge