1  LAW OFFICES OF PAUL DELANO WOLF
   PAUL DELANO WOLF, Bar No. 78624
2  LYNN M. KESLAR, Bar No. 191521
   1212 Broadway, Tenth Floor
3  Oakland, CA 94612-3423
   (510) 451-4600
4
   Attorneys for the Defendant
5  VERONICA RIVERA

6
                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,    ) No. CR-05-00454 CW
10                              )
          Plaintiff,            ) **ORDER FOR RELEASE**
11                              ) **OF PASSPORT**
                                )
12 v.                           )
                                )
13 VERONICA RIVERA              )
                                )
14        Defendant.            )

15 TO THE CLERK OF THE NORTHERN DISTRICT COURT OF THE UNITED STATES:

16        GOOD CAUSE having been shown, IT IS HEREBY ORDERED that

17 the passport of VERONICA RIVERA, currently lodged with the Clerk of

18 this Court, be released to Peter Antonio (defendant's son), or a

19 representative of The Law Offices of Paul Delano Wolf (defendant's

20 counsel of record), forthwith.

21        SO ORDERED.

22 10/17/06                              /s/ Claudia Wilken

23 Date                           HONORABLE CLAUDIA WILKEN
                                  United States District Court Judge